UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 25-MJ-00199 (MJS)** |
| | : | |
| v. | : | |
| | : | |
| **JOSHUA ROSSER,** | : | VIOLATIONS: |
| | : | **18 U.S.C. § 111(a)(1)** |
| Defendant. | : | **(Assaulting, Resisting, or Impeding** |
| | : | **Certain Officers or Employees** |
| | : | **(Misdemeanor))** |
| | : | |
| | : | **50 D.C. Code, Section 2201.05(b)(2)** |
| | : | **(Felony Fleeing from Law Enforcement)** |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about September 2, 2025, within the District of Columbia, **JOSHUA ROSSER**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a United States Marshal, a person designated in Title 18, United States Code, Section 1114, to wit, DUSM Rote, while DUSM Rote was engaged in the performance of his official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Sections 111(a)(1))

## COUNT TWO

On or about September 2, 2025, within the District of Columbia, **JOSHUA ROSSER**, while operating a motor vehicle, did knowingly fail and refuse to bring that motor vehicle to an immediate stop, and did flee or attempt to elude a law enforcement officer, following a law enforcement officer's signal to bring the motor vehicle to a stop and operated the motor vehicle in

a manner that would constitute reckless driving or cause property damage or bodily injury.

**(Felony Fleeing from Law enforcement**, in violation of 50 D.C. Code, Section 2201.05(b)(2) (2001 ed))

                        Respectfully Submitted,

                        JEANINE F. PIRRO
                        United States Attorney

By:     */s/ Jared English*
          JARED ENGLISH
          D.C. Bar No. 1023926
          Assistant United States Attorney
          Federal Major Crimes Section
          601 D. Street, N.W.
          Washington, D.C. 20530
          (202) 252-2628
          Jared.english@usdoj.gov