IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JOSHUA ROSSER,**<br><br>**Defendant.** | Case No: 25-CR-291 |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S
MEMORANDUM IN AID OF SENTENCING**

Defendant Joshua Rosser, through undersigned counsel, respectfully submits his response to the Government's Memorandum in Aid of Sentencing. ECF Dkt. No. 35. The government is seeking an 18-month term of incarceration for Count 2—Felony Fleeing from Law Enforcement in violation of 50 D.C.C. § 2201.05(b)(2). We submit that the requested sentence would result in an unwarranted sentencing disparity. Based on available data published by the District of Columbia Sentencing Commission, 153 individuals have been sentenced between 2015 and 2024 for Felony Fleeing from Law Enforcement in violation of 50 D.C.C. § 2201.05(b)(2)[1]. Of those sentenced, 62 have been sentenced to a fully suspended sentence and 17 have been sentenced to an active term of imprisonment of 30 days. Only 38 people have been sentenced to a term of active imprisonment of 18 months or longer.

---

[1] https://scdc.dc.gov/sites/default/files/dc/sites/scdc/page_content/attachments/2015-2024%20Other%20Offenses.xlsx

Here, given that Mr. Rosser has no prior criminal convictions, and the other factors described in our sentencing submission, imposing a term of active incarceration would result in an unwarranted sentence disparity. We respectfully submit that a sentence of time served and nine months of supervised release would be sufficient, but not greater than necessary, to effectuate the purposes of sentencing prescribed in 18 U.S.C. § 3553(a).

Respectfully submitted,

*/s/ Marc Eisenstein*

Marc Eisenstein
Coburn & Eisenstein PLLC
1200 G Street, NW
8th Floor
Washington, DC 20005
Tel: 202-470-2695
marc@coburngreenbaum.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 22, 2026 a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all counsel of record.

/s/
Marc Eisenstein